UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WARREN,<br><br>        Plaintiff,<br><br>    v.<br><br>ELEONOR GRIFFITH, et al.,<br><br>        Defendants. | No. 1:21-cv-000120-HBK  (PC)<br><br>ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF SIGNATURE<br><br>(Doc. No. 7)<br><br>**30-DAY DEADLINE** |

    Before the Court is Plaintiff's First Amended Complaint, filed March 2, 2021. (Doc. No. 7). A review of Plaintiff's First Amended Complaint reveals that he did not sign the complaint under penalty of perjury. All filings submitted to the Court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, the Court must strike Plaintiff's First Amended Complaint from the record as deficient. Plaintiff must re- file his First Amended Complaint, signed under penalty of perjury with an original signature and in compliance with the Court's February 3, 2021 screening order, for this case to proceed.

    Accordingly, it is **ORDERED**:

    1. The Clerk of Court shall strike Plaintiff's First Amended Complaint (Doc. No. 7) and return it to Plaintiff for his signature.

2. Within **thirty (30) days** from the date on this order, Plaintiff shall refile his First Amended Complaint, signed under penalty of perjury with an original signature; and

3. Failure to comply with this order will result in the recommendation to a District Judge that this action be dismissed for failure to obey a court order and failure to prosecute. Local Rule 110.

IT IS SO ORDERED.

Dated:  March 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE