1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   ERIC WARREN,                          No. 1:21-cv-00120-JLT-HBK (PC)

12              Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS
13        v.
                                            (Doc. 26)
14   N. NDU,

15              Defendant.

16

17        Eric Warren filed this prisoner civil rights action under 42 U.S.C. § 1983.  (Doc. 1).  The

18   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

19   Local Rule 302.

20        The Magistrate Judge filed a Findings and Recommendations, recommending the District

21   Court grant in part Plaintiff's Motion to Strike Affirmative Defenses.  (*See* Doc. 26.)  In relevant

22   part, the Magistrate Judge recommended the District Court grant Plaintiff's Motion as to

23   Defendant's sixth, seventh, and eighth affirmative defenses, deny the Motion as moot as to

24   Defendant's fifth, ninth, tenth, and twelfth affirmative defenses, and deny the Motion as to

25   Defendant's first, second, third, and fourth affirmative defenses.  (*Id*. at 9-10).  Plaintiff filed

26   objections, disputing only the magistrate judge's recommendation not to strike Defendant's fourth

27   affirmative defense of "no vicarious liability."  (*See* Doc. 30.)

28        According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this

                                            1

1  case.  Having carefully reviewed the entire file, the Court finds the Findings and

2  Recommendations to be supported by the record and by proper analysis.  The Magistrate Judge

3  correctly noted that Plaintiff's initial Complaint and First Amended Complaint both asserted that

4  claims against other health care professionals for the constitutional violations that Plaintiff later

5  ascribed solely to Defendant Ndu in the Second Amended Complaint.  (Doc. 26 at 5).  Though

6  Plaintiff is correct that these individuals are not named in Plaintiff's SAC and the SAC supersedes

7  those prior pleadings, (Doc. 30 at 2), in an abundance of caution, the Magistrate Judge declined to

8  strike an affirmative defense that may prove relevant as the case progresses.  The Court agrees,

9  and Plaintiff's objections do not meaningfully call into question the Magistrate Judge's reasoning

10  in the F&R. Accordingly, the Court **ORDERS**:

11       1.   The Findings and Recommendations, filed on November 20, 2023, (Doc. 26), are

12          **ADOPTED IN FULL**.

13       2.   The matter is returned to the Magistrate Judge for further proceedings.

14
15  IT IS SO ORDERED.

16    Dated:   **December 15, 2023**

UNITED STATES DISTRICT JUDGE

2